UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BENJAMIN TABER                                     CIVIL ACTION

VERSUS                                             NUMBER 06-646-RET-DLD

CLEVELAND THOMAS, ET AL

### MAGISTRATE JUDGE'S REPORT

This action was filed on August 31, 2006. A review of the record shows a scheduling order was entered on January 9, 2007. The plaintiff's attorney was suspended from the practice of law on an interim basis. On December 18, 2007 the court set a telephone status conference for January 10, 2008, and ordered the plaintiff to furnish a current address and telephone number to the court. The order was sent to plaintiff by certified and regular mail. The notice to plaintiff was returned to the court with a notation of "unclaimed and unable to forward". The plaintiff failed to appear for the telephone status conference, and failed to furnish a current address and telephone number. A show cause hearing was set for May 29, 2008. The plaintiff appeared on May 29, 2008, gave an explanation the Court and a telephone status conference was set for July 10, 2008. The conference for July 10, 2008 was reset to July 24, 2008, and notice was sent to all parties. Plaintiff failed to appear for the telephone status conference on July 24, 2008. A show cause hearing was set for September 4, 2008 and then reset for November 6, 2008. Notice of the November 6, 2008 show cause hearing was sent to the plaintiff by regular and certified mail. The record reflects that the certified mail receipt was signed for on September 29, 2008. The plaintiff failed to appear on November 6, 2008. The plaintiff

has not contacted the court by telephone or in writing, nor has any new counsel for plaintiff enrolled.

Federal Rules of Civil Procedure Rule 41(b) allow the court to dismiss an action "for failure of the plaintiff to prosecute or to comply with these rules or any order of court...."

As a practical matter, the case cannot proceed against the defendants if the plaintiff does not prosecute it or respond to the court's orders regarding disposition of the case.

Plaintiffs' failure to prosecute his own claims effectively deprives the defendants of the opportunity to defend themselves from the allegations made against them. The plaintiff has repeatedly failed to respond to court orders, and has failed to prosecute this action.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that this action be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure Rule 41(b) for failure to prosecute and for failure to comply with court orders.

Baton Rouge, Louisiana, this ___15___ day of December, 2008.

_____
MAGISTRATE JUDGE DOCIA L. DALBY

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BENJAMIN TABER**                              **CIVIL ACTION**

**VERSUS**                                      **NUMBER 06-646-RET-DLD**

**CLEVELAND THOMAS, ET AL**

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Baton Rouge, Louisiana, this _15th_ day of December, 2008.

_____

MAGISTRATE JUDGE DOCIA L. DALBY