UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BENJAMIN TABER

VERSUS

CLEVELAND THOMAS, ET AL

CIVIL ACTION

NO. 06-646-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 15, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this action will be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure Rule 41(b) for failure to prosecute and for failure to comply with court orders.

Baton Rouge, Louisiana, January 26, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA