UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| BENJAMIN TABER | CIVIL ACTION |
| VERSUS | NO. 06-646-C |
| CLEVELAND THOMAS, ET AL | |

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this action is dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure Rule 41(b) for failure to prosecute and for failure to comply with court orders.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, January 26, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA